**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ____Columbia____

TO:
U.S. Attorney General
950 Pa. Ave., NW
Washington, D.C. 20530

Civil Action, File Number ____CA-07-1664 JDB____

____Frederick Hines____
V.
____The Geo Group, Inc., et al____

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

[form text partially obscured by attached certified mail receipt card]

...part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
...se. Keep copy 3 for your records.

...WLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
...her entity, you must indicate under your signature your relationship to that entity. If
...thorized to receive process, you must indicate under your signature your authority.

...of this form to the sender within ____ days, you (or the party on whose behalf you
...curred in serving a summons and complaint in any other manner permitted by law.

...this form, you (or the party on whose behalf you are being served) must answer the
...were sent. If you fail to do so, judgment by default will be taken against you for the

...ice and Acknowledgment of Receipt of Summons and Complaint By Mail was

_____
Signature (USMS Official)

OF RECEIPT OF SUMMONS AND COMPLAINT

...ved a copy of the summons and of the complaint in the above captioned manner at

_____
Street Number and Street Name or P.O. Box No.

_____
City, State and Zip Code

_____
Signature

_____
Relationship to Entity/Authority to Receive

_____
Service of Process

_____
Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense

---

[Attached certified mail green card - PS Form 3811, February 2004 - Domestic Return Receipt]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
US Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery: OCT 09 2007
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
102595-02-M-1540