**RECEIVED**

OCT 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK HINES, )<br>Reg. No.33592-007 )<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>The GEO Group, Inc. et al., )<br>      Defendants. ) | Civil Action No.07-1664 JDB |

**PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

Pursuant to 28 U.S.C. § 1915(e)(1), Plaintiff move for an order appointing counsel to represent them in this Civil Action.

In support of this Motion, Plaintiff States:

1) Plaintiff cannot afford to hire a lawyer and has requested leave to proceed in forma pauperis in this case.

2) Plaintiff imprisonment will greatly limit this ability to litigate this case, and this case will likely involve substantial investigation and discovery.

3) The issues in this case are complex, and a lawyer would help Plaintiff to apply the law properly in briefs before the court.

Plaintiff has never before been a part of a party to a civil legal proceeding.

1.

4)   Question of indigent plaintiff's rights to expert service in addition to counsel have fair opportunity to present their civil action to the Courts.

5)   As indigent plaintiff is burdened by a preliminary determination that the case is without merit when the defendants file their motion to dismiss, and is force to shift for themselves, and where the case/record is unclear or the errors are hidden, has only the right to meaningless ritual, while the rich private company has a open understanding and rights.

6)   The elementary principle ground in significant part on the **Fourteenth Amendments Due Process** guarantee of funndamental fairness derives from the belief that justice cannot be equal where simply as a result of poverty.

7)   A trial in this case will likely involve conflicting testimony, a lawyer would assist plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

8)   For the past nine weeks, there has been no copy machine available for use by inmates here at Rivers Correctional Institution, which is in fact operated by the Defendants in the instant matter. As a result, plaintiff will be unable to serve multiple copies to the court as it may require, and plaintiff will be unable to produce additional copies with which to serve the defendants.

9) Plaintiff has made repeated efforts to obtain a

2.

lawyer with no favorable response.

**HEREFORE** Plaintiff respectfully request that the Court appoint counsel to represent him in this Civil Action case.

Respectfully submitted this 18 day of October 2007

By *Frederick Hines*

Fredrick Hines, Pro se
Plaintiff.