UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FREDERICK HINES,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 07-1664 (JDB)** |
| **GEO GROUP, INC.,** *et al.,* | |
| **Defendants.** | |

**ORDER**

The Federal Bureau of Prisons and Harley Lappin, by counsel, have filed a motion to

dismiss or, in the alternative, to transfer this action. Because a ruling on the motion may dispose

of this action, the Court advises the *pro se* plaintiff of his obligations under the Federal Rules of

Civil Procedure and the local rules of this Court. *See Fox v. Strickland*, 837 F.2d 507 (D.C. Cir.

1988); *Ham v. Smith*, 653 F.2d 628 (D.C. Cir. 1981).

Plaintiff is advised that the Court will rule on the defendants' motion taking into

consideration the facts proffered by plaintiff in his complaint, along with his response or

opposition to the motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within 11 days of the date of service or <u>at such other time as the court
> may direct</u>, an opposing party shall serve and file a memorandum of
> points and authorities in opposition to the motion. If such a
> memorandum is not filed within the prescribed time, the court may
> treat the motion as conceded.

LCvR 7(b) (emphasis added). If plaintiff fails to respond to the motion, the Court may grant the

motion and dismiss the case. *Fox v. Strickland*, 837 F.2d at 509.

In addition, plaintiff is directed to Rule 6(e) of the Federal Rules of Civil Procedure

which provides:

> Whenever a party must or may act within a prescribed period after service and the service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the prescribed period would otherwise expire[.]

Fed. R. Civ. P. 6(d).

Accordingly, it is hereby

ORDERED that plaintiff shall file his opposition or other response to defendants' motion

to dismiss or, in the alternative, to transfer by **January 11, 2008**.  If plaintiff fails to respond

timely, the Court may treat the motion as conceded, and summarily may dismiss or transfer the

case.

SO ORDERED.

/s/
_____
JOHN D. BATES
United States District Judge

Date:  December 13, 2007