```
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
```
**RECEIVED**
**DEC 21 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
FREDERICK HINES,                :
                                :
     Plaintiff,                 :
                                :
                                :
     v.                         :
                                :
                                : Case No. 1:07-cv-01664 JDB
                                :
THE GEO GROUP, INC., et al.,    :
                                :
     Defendants.                :
................................:
```

## MOTION TO STRIKE DEFENDANT GEO GROUP, INC. REPLY MEMORANDUM

Comes now the plaintiff, Frederick Hines, and moves this honorable court to "STRIKE" Defendant GEO GROUP, INC. "Reply Memorandum of Points and Authorities" for their failure to comply with Rule 7(a) of the Federal Rules of Civil Procedures, and grounds asserts the following.

   **RULE 7.   Pleadings Allowwed; Form of Motions**
   (a) Pleadings.  There shall be a complaint and an answer;
a reply to a counterclaim denominated as such; an answer to
a cross-claim, if the answer contains a cross-claim; a third
party complaint, if a person who was not an original party
is summoned under the provisions of Rule 14; and a third-party
answer, if a third-party complaint is served.  **No other
pleading shall be allowed, except that the court may order
a reply to answer or a third-party answer.**

A party seeking to file a "surreply" must move the court for leave to file such a "surreply."  See, e.g. Longwood Village Restaurant, Ltd. v. Ashcroft, 157 F.supp.2d 61, 68 n. 3

(D.D.C. 2001); U.S. v. Baroid Corp., 346 F.Supp.2d at 143 (D.D.C. 2004). "A surreply may be filed only by leave of Court, and ony to address new matters raised in a reply, to which a party would otherwise be unable to respond. United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., 238 F.Supp.2d 270, 276-77 (D.D.C. 2002); see also Robinson v. The Detroit News, Inc., 211 F.Supp.2d 101, 112 (D.D.C. 2002)("The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply."). The matter must truly be new. Lewis v. Rumsfeld, 154 F.Supp.2d 56, 61 (D.D.C. 2001).

Defendant GEO's proposed surreply consists of a reinteration of arguments already made in their original response to plaintiff's complaint. Defendant GEO's own use of language, for example. "The Court Lacks Personal Jurisdiction over GEO, The Court Should Dismiss Plaintiff's Bivens' Claim Because GEO May Not Be Held Liable Under Bivens, etc., illustrates defendant GEO's attempt to merely respond to plaintiff's original complaint.

Because defendant GEO failed to file a motion for leave to file this surreply and because proported surreply merely reiterates arguments already made and does not add any new, and also violates Rules 7(a) of the Federal Rules of Civil Procedures, this court should "Strike" defendant GEO's

"Reply Memorandum."

**WHEREFORE,** in light of the aforementioned, plaintiff moves this honorable court to "Strike" defendant GEO's "Reply Memorandum" for failure to comply with Rule 7(a) of the Federal Rules of Civil Procedures, and for failing to submit a motion for leave to file a "surreply."

Respectfully Submitted,

*Frederick Hines*
Frederick Hines
Reg. No. 33592-007
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing "Motion To Strike Defendant GEO's Reply Memorandum" has been mailed to:

1. Deborah J. Israel
   Womble Carlyle Sandridge & Rice, LLC
   1401 Eye Street, NW, 7th Floor
   Washington, D.C. 20005
   Counsel for Defendant GEO Group, Inc.

2. Kathryn L. Wyer, AUSA
   U.S. Department of Justice
   20 Massachusetts Ave., NW, Room 7218
   Washington, D.C. 20001
   Attorney for Federal Defendants

this **18th** day of **December** 2007.

                                          _/s/ Frederick Hines_
                                          Frederick Hines