IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK HINES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GEO GROUP, INC., *et al.*, )<br>)<br>Defendants. )<br>) | <u>Case No. 1:07-cv-01664</u> |

**RESPONSE TO PLAINTIFF'S MOTION TO STRIKE
DEFENDANT GEO GROUP, INC.'S REPLY MEMORANDUM**

Plaintiff Frederick Hines ("Hines") asked the Court to strike Reply Memorandum of Points and Authorities in Support of Defendant Geo Group, Inc.'s Motion to Dismiss and Alternative Motion To Transfer ("Reply" or "Reply Memorandum") because the Reply allegedly violates Rule 7 of the Federal Rules of Civil Procedure and the prohibition on filing sur-replies without leave of court. Hines' arguments have no merit and the motion should be denied.

I. **HINES' MOTION TO STRIKE SHOULD BE DENIED BECAUSE LOCAL RULE 7(D) PROVIDES FOR THE FILING OF REPLY MEMORANDUM**

Motions practice in the United States District Court for the District of Columbia is governed by the provisions of Local Civil Rule 7. With respect to Reply Memorandum, Local Rule 7(d) provides that "[w]ithin five days after service of the memorandum in opposition, the moving party may serve and file a reply memorandum." LCvR 6(d). In this case, Hines filed his Memorandum in Opposition on or about November 28, 2007. Therefore, Defendant GEO Group was entitled to file a Reply Memorandum on or before December 10, 2007. Thus, the Court should deny Hines' Motion to Strike.

II. **HINES' MOTION TO STRIKE SHOULD BE DENIED BECAUSE RULE 7 OF THE FEDERAL RULES OF CIVIL PROCEDURE DOES NOT PROHIBIT THE FILING OF REPLY MEMORANDUM**

Hines' claim that Rule 7 of the Federal Rules of Civil Procedure prohibits the filing of Reply Memorandum is contrary to the plain language of the rule. By its terms, Rule 7(a) applies only to pleadings. Therefore it is inapplicable to filings such as the Reply Memorandum at issue in this matter. Thus, the Court should deny Hines' Motion to Strike.

III. **HINES' MOTION TO STRIKE SHOULD BE DENIED BECAUSE THE REPLY MEMORANDUM AT ISSUE IS NOT A SURREPLY**

Hines also argues that GEO's Reply Memorandum should be struck because GEO did not obtain leave of court to file a surreply prior to filing the Reply Brief. Hines' argument fails because the filing at issue is not a "surreply." As the Court is aware, a surreply is a party's filing which seeks to "address new matters raised in a reply to which a party would otherwise be unable to respond." *United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc.*, 238 F. Supp. 2d 270, 276-77 (D.D.C. 2002). As GEO's Reply Memorandum addressed the issues raised in Hines' Memorandum in Opposition, it is not a surreply. Thus, the Court should deny Hines' Motion to Strike.

This the 4th day of January, 2008.

Respectfully submitted,

/s/ Deborah J. Israel
Deborah J. Israel (DC Bar No. 430841)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC 20005
(202) 857-4466
*Counsel for Defendant GEO Group, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of January, 2008, a true and correct copy of the foregoing **RESPONSE TO PLAINTIFF'S MOTION TO STRIKE DEFENDANT GEO GROUP, INC.'S REPLY MEMORANDUM** was filed electronically via CM/ECF system and a copy was served via U.S. First-Class Mail, postage prepaid on the following:

Frederick Hines
#33592-007
Rivers Correctional Institution
145 Parker's Fishery Road
Winton, NC  27986
*Pro Se Plaintiff*


　　　　　　　　　　　　　　　　　　　　　/s/ Deborah J. Israel
　　　　　　　　　　　　　　　　　　　　　Deborah J. Israel

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FREDERICK HINES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE GEO GROUP, INC., *et al.*, )<br>)<br>Defendants. )<br>) | **Case No. 1:07-cv-01664** |

## ORDER

UPON CONSIDERATION of the Motion to Strike filed by Plaintiff, any opposition thereto, and the entire record herein,

It is ORDERED that Plaintiff's Motion to Strike is DENIED.

Date: _____     _____
The Honorable John D. Bates
United States District Judge

Copies to:

Deborah J. Israel, Esq.
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, 7th Floor
Washington, DC 20005
*Counsel for Defendant GEO Group, Inc.*

Frederick Hines
#33592-007
Rivers Correctional Institution
145 Parker's Fishery Road
Winton, NC 27986
*Pro Se Plaintiff*