# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **FREDERICK HINES,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No.  07-1664  (JDB)** |
| **GEO GROUP, INC.,** *et al.***,** | |
| **Defendants.** | |

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant GEO Group, Inc.'s Motion to Dismiss [Dkt. #8] is DENIED

WITHOUT PREJUDICE and that its Motion to Transfer [Dkt. #9] is GRANTED.  It is further

ORDERED that the Motions to Dismiss and to Stay filed on behalf of defendants Harley

Lappin and the United States of America [Dkt. #15, 26] are DENIED WITHOUT PREJUDICE

and that their Motion to Transfer [Dkt. #25] is GRANTED.  It is further

ORDERED that plaintiff's Motion for Summary Judgment [Dkt. #23] is DENIED

WITHOUT PREJUDICE and that his Motion to Strike Defendant GEO Group Inc.['s] Reply

Memorandum [Dkt. #18] is DENIED.  It is further

ORDERED that this action is TRANSFERRED to the United States District Court for the

Eastern District of North Carolina.

SO ORDERED.

_____/s/_____
JOHN D. BATES
United States District Judge

Date: April 15, 2008